**FORM 9** (Rev. 11/93)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **In the matter of:** | | **Case No. 09-34480** |
| **HOWARD, ROBERT J** | | |
| **HOWARD, DEBORAH M** | | **Chapter 7** |
| | | |
| | | **Judge Guy R. Humphrey** |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The check in the amount of $4.01 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

4444444444444444444444444444444444444444444444444444444444444444

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|

4444444444444444444444444444444444444444444444444444444444444444

| | | |
|---|---|---|
| Doctors Urgent Care<br>Patient Accounting<br>935 St Rt 28<br>Milford, OH 45150 | 4 | $2.01 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LOWES CONSUMER<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 13 | $2.00 |

4444444444444444444444444444444444444444444444444444444444444444

| | |
|---|---|
| Total Unclaimed/Small Dividends $25.00 or under<br>$4.01 | Total Unclaimed Dividends Over $25.00<br>$0.00 |

| | |
|---|---|
| 9/9/2010<br>Dated: _____ | */s/ John Paul Rieser*<br>_____<br>John Paul Rieser, Case Trustee<br>7925 Graceland St.<br>Dayton, OH 45459<br>Tel: (937)224-4128   Fax: (937)224-3090<br>tecfdesk@rieserlaw.com |

cc: U.S. Trustee, 170 N. High St., Ste. 200, Columbus, OH 43215-2403